**FILED**

AUG 1 6 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN PABLO CHAVEZ d/b/a<br>FINE ARTS EDUCATION REFORM,<br><br>      Plaintiff,<br><br>RUDES, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:18-cv-01757 (UNA)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; and it is

**FURTHER ORDERED** that the complaint [1] and this civil action are **DISMISSED** without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____
United States District Judge

Date: August 14, 2018